IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



KESHIA PORTER, as the Wrongful Death
Representative for the Claimants Entitled to
Recover for the Wrongful Death of
DELANDIS RICHARDSON, Deceased,

    Plaintiff,

vs.      Case No: 17-CV-133-ABJ

FORD MOTOR COMPANY,

    Defendant.

## JUDGMENT

The Court has entered its "Order Granting Defendant's Motion to Dismiss" finding that the relief sought by Defendant Ford Motor Company should be granted and that the above captioned action should be dismissed with prejudice. Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the parties shall bear their own attorneys' fees, except that Ford Motor Company may recover costs pursuant to FED. R. CIV. P. 54.

Dated this 8th day of March, 2018.

Alan B. Johnson
United States District Judge