Vance Countryman (5-2980)
VANCE T. COUNTRYMAN, P.C.
233 Garfield Street
Lander, Wyoming 82520
(307) 335-7075
(307) 335-7082
vance@lawyersforwyoming.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KESHIA PORTER, as the Wrongful Death Representative for the Claimants Entitled to Recover for the Wrongful Death of DELANDIS RICHARDSON, Deceased )<br><br>VS.<br><br>FORD MOTOR COMPANY | )<br>)<br>)<br>) CIVIL ACTION NO. 17-cv-133-J<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF APPEAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

1.  Plaintiff Keisha Porter, as the Wrongful Death Representative for the Claimants Entitled to Recover for the Wrongful Death of Delandis Richardson, Deceased, files this Notice of Appeal for purposes of appealing to the United States Court of Appeals for the Tenth Circuit the District Court's Order Granting Defendant's Motion to Dismiss (Document 17) and Judgment (Document 18) which dismissed Plaintiff's claims with prejudice.

2.  The Order of dismissal was signed on March 9, 2018 (Document 17) and the Judgment was signed on March 9, 2018 (Document 18).

3.  Plaintiff's Notice of Appeal is filed within 30 days of the March 9, 2018, Order and Judgment.

4. The name of the Plaintiff in this case who is appealing is Keshia Porter, as the Wrongful Death Representative for the Claimants Entitled to Recover for the Wrongful Death of Delandis Richardson, Deceased.

DATED this 5th day of April, 2018.

        Respectfully submitted,
        Keshia Porter, as the Wrongful Death
        Representative For the Claimants Entitled to
        Recover for the Wrongful Death of Delandis
        Richardson, Deceased,

        By:   /s/ Vance Countryman
        Vance Countryman
        VANCE T. COUNTRYMAN, P.C.
        Wyoming State Bar Number: 5-2980
        233 Garfield Street
        Lander, Wyoming 82520
        (307) 335-7075
        (307) 335-7082 Facsimile

        J. Hunter Craft*
        CRAFT LAW FIRM, P.C.
        State Bar No. 24012466
        hcraft@craftlawfirm.com
        Laura A. Cockrell*
        State Bar No. 24082836
        lcockrell@craftlawfirm.com
        2727 Allen Parkway, Suite 1150
        Houston, Texas   77019
        Telephone:   (713) 225-0500
        Telecopier:   (713) 225-0566

        *Both admitted Pro Hac Vice by Order dated
        November 21, 2017 (Document 15)

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

       I certify that on April 5, 2018, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filings to the following attorney(s) of record:

| | | |
|---|---|---|
| Richard A. Mincer | [] | By Facsimile |
| Jasmine Peters | [x] | By E-File |
| Hirst Applegate, LLP | [] | By U. S. Mail – postage prepaid |
| PO Box 1083 | [] | By Hand Delivery |
| Cheyenne, WY 82003 | [] | By Overnight Courier |

\s\ Vance Countryman