**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

April 03, 2019

Chris Wolpert
Chief Deputy Clerk

Mr. Stephan Harris
United States District Court for the District of Wyoming
Office of the Clerk
111 South Wolcott
Casper, WY 82602-0000

**RE:** 18-8028, Porter v. Ford Motor Company
Dist/Ag docket: 1:17-CV-00133-ABJ

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Laura A. Cockrell
Vance Countryman
John Hunter Craft
Jessica Lynn Ellsworth
Vincent Lee Marable III
Richard A. Mincer
Katherine Booth Wellington

EAS/sds