FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

April 3, 2019

Elisabeth A. Shumaker
Clerk of Court

---

KESHIA PORTER, as the wrongful death representative for the claimants entitled to recover for the wrongful death of Delandis Richardson, deceased,

    Plaintiff - Appellant,

v.

FORD MOTOR COMPANY,

    Defendant - Appellee.

No. 18-8028
(D.C. No. 1:17-CV-00133-ABJ)
(D. Wyo.)

---

**ORDER**

---

This matter is before the court on appellant Keshia Porter's verified *Bill of Costs*. Appellee Ford Motor Company did not file a response opposing any portion of the bill of costs and the time for it to do so has expired.

Upon consideration:

1. The court denies Ms. Porter's request to tax costs for the appellate filing fee without prejudice to renewal of that request in the district court, *see* Fed. R. App. P. 39(e)(4) (stating that "the fee for filing the notice of appeal" is "taxable in the district court for the benefit of the party entitled to costs"); and

2. The court grants Ms. Porter's request to tax the copy charges she requests and taxes costs in her favor in the amount of $164.60.

This order shall stand as a supplement to the mandate of this court.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Lisa A. Lee
    Counsel to the Clerk