

**FILED**

3:15 pm, 9/30/19
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

KESHIA PORTER, as the Wrongful Death
Representative for the Claimants Entitled to
Recover for the Wrongful Death of
DELANDIS RICHARDSON, Deceased,

    Plaintiff,

vs.

FORD MOTOR COMPANY,

    Defendant.

Case No.  17-CV-133-ABJ

**ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)**

Pending before this Court is Plaintiff Keshia Porter's Unopposed Motion for Dismissal Without Prejudice with Proposed Form of Order of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). This Court has considered the Motion for Dismissal Without Prejudice, Plaintiff's Motion to Stay Based on Parallel State Court Proceedings (Document 36) and Ford's Response to Plaintiff's Motion to Stay (Document 38). Having considered the above pleadings, this Court concludes that Plaintiff Keshia Porter's Unopposed Motion for Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) should be granted.

This case is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). This order of dismissal without prejudice is not intended to trigger the two-dismissal rule expressed by Fed. R. Civ. P. 41(a)(1)(B).

Dated this 26th day of September, 2019.

_____
Alan B. Johnson
United States District Judge